

_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*(Baltimore Division)*

| | | |
|---|---|---|
| IN RE: | * | |
| NEXUS COMMUNICATIONS | * | CASE NO. 01-5-7877-ESD |
| | | Chapter 7 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER SUSTAINING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS; RECLASSIFYING CLAIMS AS INTEREST HOLDERS AND ALLOWING INTEREST SUBORDINATE TO UNSECURED CLAIMS

Upon consideration of the first Omnibus Objection to Claims (Stock Claims) (p.47) (the "Objection") filed by Marc H. Baer, Trustee for the above-captioned Chapter 7 case (the "Trustee"), the Court having reviewed the Objection; after Notice and Hearing, the Court having considered all papers filed in connection with the Objection and the record herein; the Trustee, through counsel, having proffered the legal and factual basis set forth in the Objection and upon the consent of the Trustee, the Court being otherwise fully advised in the premises and having determined that just cause has been established for the relief granted herein; it is by the United States Bankruptcy Court for the District of Maryland

ORDERED THAT:

    a.    The Trustee's Objection is granted.

    b.    Upon the consent of the Trustee, all claims listed in the schedule attached to this order are hereby reclassified from claims to the status of interest holders in or to the Debtor and for purposes of distribution of estate assets, are hereby allowed, a general non-priority,

unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5).

See attached Schedule

cc:

    Marc Baer, Chapter 7 Trustee
    3345 Chestnut Avenue
    Baltimore, Maryland 21211

    Michael G. Rinn, Esquire
    111 Warren Road, Suite 4
    Cockeysville, Maryland 21030

    Office of the U.S. Trustee
    Garmatz Federal Courthouse
    101 West Lombard Street, Suite 2625
    Baltimore, Maryland 21201

    Constance M. Hare, Esquire
    Mehlman, Greenblatt & Hare, LLC
    723 South Charles St. Suite LL3
    Baltimore, Maryland 21230

    *and attached service list

**END OF ORDER**

**SCHEDULE OF CLAIMS RECLASSIFIED AND ALLOWED
AS INTEREST HOLDERS
BY FIRST OMNIBUS OBJECTION**

By Order of the United State Bankruptcy Court for the District of Maryland, the following claims against the Debtor are hereby reclassified from claims to the status of interest holders in or to the Debtor and are hereby allowed the status interest holders for purposes of distribution of estate assets, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and (5).

| CLAIM NO | CLAIMANT | CLAIM AMOUNT | Disposition |
|---|---|---|---|
| 5 | Faith Footware Directors Pension Scheme<br>Faith House, 40-48 Chase Road<br>Park Royal, London<br>WW106PX<br>UK | $ 1,339,136.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 12 | The Joseph Lieberman Trust<br>c/o Joseph Lieberman<br>6605 Selkirk Drive<br>Bethesda MD 20817 | $ 100,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |

| | | | |
|---|---|---|---|
| 27 | King, David<br>Siberline Ltd.<br>Banbeath Road<br>Leven Fife<br>KY8 SHD UK | $ 150,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 28 | Domicrest Investments Limited<br>c/o Deepal Mirpuri<br>2 Arden Road<br>London<br>N3 3AN UK | $ 900,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 31 | Emerson, Valerie<br>Topcliffe Mill<br>36 North End<br>Melderth, Roysdon, Herts<br>SG8 6NT UK | $ 150,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 32 | Emerson, Andrew<br>Topcliffe Mill<br>36 North End<br>Melderth, Roysdon, Herts<br>SG8 6NT UK | $ 150,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |

| | | | |
|---|---|---|---|
| 47 | Kopitsis, Spyros<br>76 Allt-Yr-Yn Ave.<br>Newport, Southwales<br>NP205DD UK | $ 120,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 51 | Halliday, Norman<br>Gurrs Farm<br>Crowborough Hill<br>Crowborough, E. Sussex<br>TN6 2SD UK | $ 0.10 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 52 | Armstrong, David<br>Malthouse Ockhan Road North<br>East Horsely Surrey<br>KT246PX UK | $ 266,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 54 | Johathan Faith<br>44 Manor Hall Avenue<br>Hendon, London<br>NW4 INX<br>United Kingdom | $ 1,073,298.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 64 | Seager, John<br>Littlestone House<br>Wall Hill, Ashurstwood<br>E. Sussex<br>RH19 3QT UK | $ 6,192,186.72 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |

| | | | |
|---|---|---|---|
| 68 | Allan Williams<br>c/o Charles J. Hecht, Esq.<br>Hecht & Associates, P.C.<br>60 East 42nd Street, Suite 5101<br>New York, NY 10165 | $ 209,917.81 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |
| 69 | Donnan Limited<br>P.O. Box 302; 29-31 Athol Street<br>Douglas, Isle of Man<br>IM99 1RB British Isles | $ 250,000.00 | Reclassified from a claim to the status of interest holder in or to the Debtor and for purposes of distribution of estate assets, allowed, a general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1),(2), (3), (4) and(5). |

**SERVICE LIST**

Allan Williams
c/o Charles J. Hecht, Esq.
Hecht & Associates, P.C.
60 East 42nd Street, Suite 5101
New York, NY 10165


Armstrong, David
Malthouse Ockhan Road North
East Horsely Surrey
KT246PX UK


Domicrest Investments Limited
c/o Deepal Mirpuri Director
2 Arden Road
London
N3 3AN UK


Donnan Limited
Attn: J. E. Cary, Director
P.O. Box 302; 29-31 Athol Street
Douglas, Isle of Man
IM99 1RB British Isles


Emerson, Andrew
Topcliffe Mill
36 North End
Melderth, Roysdon, Herts
SG8 6NT UK


Emerson, Valerie
Topclif f e Mill
36 North End
Melderth, Roysdon, Herts
SG8 6NT UK

Faith Footware Directors Pension Scheme
Attn: J. D. Faith Director
Faith House, 40-48 Chase Road
Park Royal, London
WW106PX
UK


Green, Brian
41 Montague Square
London
WlH 1TJ UK


Halliday, Norman
Gurrs Farm
Crowborough Hill
Crowborough, E. Sussex
TN6 2SD UK


Johathan Faith
44 Manor Hall Avenue
Hendon, London
NW4 INX
United Kingdom


King, David
Siberline Ltd.
Banbeath Road
Leven Fife
KY8 SHD UK


Kopitsis, Spyros
76 Allt-Yr-Yn Ave.
Newport, Southwales
NP205DD UK

Seager, John
Littlestone House
Wall Hill, Ashurstwood
E. Sussex
RH19 3QT UK


The Joseph Lieberman Trust
c/o Joseph Lieberman
6605 Selkirk Drive
Bethesda MD 20817


Marc Baer, Trustee
3345 Chestnut Avenue
Baltimore, Maryland 21211

Michael G. Rinn, Esquire
111 Warren Road, Suite 4
Cockeysville, Maryland 21030

Office of the U.S. Trustee

Adam M. Spence, Esq.
K. Donald Proctor, P.A.
102 W. Pennsylvanis Avenue
Towson, Maryland 21204-4542


7250 Limited Partnership
c/o Randall L. Hagen
Ober, Kaler, Grimes & Shriver
120 E. Baltimore, Street
Baltimore, MD 21201

Anne Arundel County, Maryland
c/o Carol A. Bittner
Assistant County Attorney
2660 Riva Road, Fl. 4
Annapolis, MD 21401


Richard Caplan

1501 Sulgrave Avenue
Suite 200
Baltimore, MD 21209

Dell Financial Services, L.P.
c/o Robert R. Smith, Esq.
Franch, Jarashow, Burgmeier & Smith, PA
111 Cathedral Street, P.O. Box 928
Annapolis, MD 21404-0827

General Electric Capital Corp
c/o Adam M. Spence, Esq.
102 W. Pennsylvania Avenue, Suite 505
Towson, MD 21204-4542

NTFC Capital Corporation
c/o Adam M. Spence, Esq.
102 W. Pennsylvania Avenue
Towson, MD 21204-4542

Nexus Communications, Inc.
7250 Parkway Drive
Hanover, MD 21076

Orix Financial Services, Inc.
c/o Joel I. Sher
36 South Charles Street
Ste. 2000
Baltimore, MD 21201

Robert R. Smith
107 Ridgely Avenue, Suite 9
P.O. Box 827
Annapolis, MD 21204-0827

P47 - Order Sustaining  1st Omnibus objection.wpd