

_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| NEXUS COMMUNICATIONS | * | CASE NO. 01-5-7877-ESD |
| | | Chapter 7 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER SUSTAINING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS

Upon consideration of the Fourth Omnibus Objection to Claims (Duplicate Claims) and/or (Classification as Secured or Priority) (the "Objection") (P53) filed by Marc H. Baer, Trustee for the above-captioned chapter 7 case (the "Trustee"), the Court having reviewed the Objection; after Notice and Hearing, the Court having considered all papers filed in connection with the Objection and the record herein; the Trustee, through counsel, having proffered the legal and factual basis set forth in the Objection and the means and methods of the investigation undertaken by the Trustee or Counsel to the Trustee to verify the unsecured status of the claims, including the review and analysis of the records of the Maryland State Department of Assessments and Taxation, and upon consideration or the Trustee's supplemental Notice upon CIT Communication Finance Corp., without opposition or objection with the consent of the Trustee, the Court having determined that just cause has been established for the relief granted herein; it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that;

    1.    The Trustee's Objection is granted.

    2.    Claim No. 78 is hereby expunged and disallowed as a claim against the Debtors'

estate as duplicate of Claim No. 79; and Claim No. 79 is allowed as filed.

     3.    The Disputed Claims listed in the schedule attached are re-classified and allowed as non-priority, general unsecured claims for distribution purposes in accordance with the "Claim Status" set forth in the schedule attached.

See attached Schedule

cc:

    Marc Baer, Trustee
    3345 Chestnut Avenue
    Baltimore, Maryland 21211

    Michael G. Rinn, Esquire
    111 Warren Road, Suite 4
    Cockeysville, Maryland 21030

    Office of the U.S. Trustee
    300 West Pratt Street, Suite 350
    Baltimore, Maryland 21201

    Adam M. Spence, Esq.
    K. Donald Proctor, P.A.
    102 W. Pennsylvanis Avenue
    Towson, Maryland 21204-4542

    *and attached service list

**END OF ORDER**

**Schedule**
SCHEDULE OF FOURTH OMNIBUS OBJECTION TO CLAIMS-
(CLASSIFICATION OF CLAIMS)

The Disputed Claims listed below are reclassified and allowed as non-priority, general unsecured claims for distribution purposes as set forth in this schedule.

| CLAIM | CLAIMANT | CLAIM AMOUNT | PROPOSED CLAIM STATUS | AMOUNT ALLOWED |
|---|---|---|---|---|
| 11 | BFPE International | $151.89 | Allowed as Unsecured | $151.89 |
| 15 | KSTP-Am | $57,417.50 | Allowed as Unsecured | $57,417.50 |
| 22 | WDOK 102.1 FM | $16,893.75 | Allowed as Unsecured | $16,893.75 |
| 24 | Acco/Cowan | $383.95 | Allowed as Unsecured | $383.95 |
| 35 | Virgilio, Victoriano | $100.00 | Allowed as Unsecured | $100.00 |
| 36 | Enterprise | $3,753.11 | Allowed as Unsecured | $3,753.11 |
| 37 | R.L. Murphy | $3,814.92 | Allowed as Unsecured | $3,814.92 |
| 47[1] | Kopitsis Spyros | $120,000.00 | Disallowed | $0.00 |
| 48 | Cit Communication Finance Corp. | $1,318.62 $12,801.48 | Allowed as Unsecured | $14,120.19 |
| 68 [2] | Allan Williams | $209,917.81 | Disallowed | $0.00 |
| 69 [3] | Donnan Limited | $250,000.00 | Disallowed | $0.00 |
| 87 | Brobeck, Phleger & Harrison | $123,067.03 | Allowed as Unsecured subject to further documents | $123,067.03 |

---

[1] Claim Numbers 47, 68 and 69 have, by prior Court Order been reclassified from claims to the status of interest holders in or to the Debtor and for purposes of distribution of estate assets, allowed as general non-priority, unsecured interest in such distribution, subordinate upon distribution, to all claims set forth in 11 U.S.C. §726(a)(1), (2), (3), (4) and (5).

[2] Ibid

[3] Ibid

## SERVICE LIST

BFPE International
Attn: Diana T. Wolfe,
7512 Connelley Drive
Hanover, MD 21076

BFPE International
Resident Agent: Pamela A. Boyer
7512 Connelley Drive
Hanover, Maryland 21076

WDOK- 102.1 FM
Cathy Schuler
One Radio Lane
Cleveland, OH 44114

WDOK Radio
Chris Maduri  Senior V.P. & General Manager
One Radio Lane
Cleveland, OH 44114

KSTP-AM
Andrea Kovar
Lisa Armour
3415 University Avenue
Minneapolis, MN 55414

KSTP-AM
c/o Hubbard Communications, Inc.
Stanley S. Hubbard, President
3415 University Avenue
Minneapolis, MN 55414

Acco/Cowan
P.O. Box 957
Bristol, VA 24203-0957

Acco Cowan Inc.
Resident Agent: Paul D Stotts
1326 Alverser Plaza
 Midlothian, Va 23113-0000

Virgilio Victoriano
203 Windmille Pointe Court
Unit 3C
Abingdon, MD 21009

R.L. Murphy, Inc
T/A Preferred Maintenance
Rodger Murphy, Pres.
P.O. Box 5124
Fredericksburg, VA 22403

Enterprise Leasing of Baltimore, Inc
Attn: Accounts Receivable Dept
701 Wedeman Avenue
Linthicum Heights, MD 21090

Enterprise Leasing of Baltimore, Inc
Resident Agent:
The Corporation Trust Inc.
300 E. Lombard ST.
Baltimore, MD 21202

R.L. Murphy, Inc.
T/A Preferred Maintenance
Deborah J. Murphy
P.O. Box 5124
Fredericksburg, VA 22403

Allan Williams
c/o Charles J. Hecht, Esq.
Hecht & Associates, P.C.
60 East 42nd Street, Suite 5101
New York, NY 10165

Kopitsis, Spyros
76 Allt-Yr-Yn Ave.
Newport, Southwales
NP205DD UK

Donnan Limited
P.O. Box 302; 29-31 Athol Street
Douglas, Isle of Man
IM99 1RB British Isles

| | |
|---|---|
| Dickenson County Industrial Development<br>David Yates, Chairman Authority<br>P.O. Box 1989<br>Clintwood VA 24228 | Cit Communications Finance Corp.<br> Resident Agent<br>The Corporation Trust Incorporated<br>300 E. Lombard St.<br>Baltimore, Md  21202 |
| Virginia Coalfield Econ. Dev. Authority<br>Thomas H. Dickenson, Attny<br>Post Office Box 1060<br>Lebanon, VA 24266 | Cit Communications Finance Corp.<br>Jeffrey M. Peek, Chief Executive Officer<br>2 Gatehall Drive<br>Parsippany, Nj  07054 |

Brobeck, Phleger & Harrison
Jason D. Schauer, Esq.
12390 El Camino Real
San Diego, CA 92130

Virginia Coalfield Econ. Dev. Authority
Eva Teig, Chairperson
Post Office Box 1060
Lebanon, VA 24266

Brobeck, Phleger & Harrison
c/o Ronald Greenspan, Chapter 7 Trustee
601 S. Figueroa St. Ste 3300
Los Angles, CA 90017